**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANITA SWAIN, | ) | |
| | ) | |
| Plaintiff, | ) | 15-cv-158 |
| | ) | |
| vs. | ) | Judge Amy J. St. Eve |
| | ) | Magistrate Judge Jeffrey Cole |
| WILLIAMS & FUDGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Danita Swain. and Defendant Williams & Fudge, Inc., have reached an individual

settlement agreement and expect to file a stipulation of dismissal within the next 21 days.

Respectfully submitted,


 s/ Emiliya G. Farbstein                      s/ Chad V. Echols
Emiliya G. Farbstein                    Chad V. Echols

Daniel A. Edelman                       The Echols Firm, LLC
Cathleen M. Combs                       K & L GATES, LLP
James O. Latturner                      115 Oakland Ave. Suite 102
Emiliya G. Farbstein                    P.O. Box 12645
EDELMAN, COMBS, LATTURNER               Rock Hill, South Carolina 29781
& GOODWIN, LLC                          808-329-8970
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

 I, Emiliya G. Farbstein, hereby certify that on February 17, 2015, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system. I further certify that I sent notification of such filing to the following party via e-mail:

Chad V. Echols (chad.echols@theecholsfirm.com)

                    s/ Emiliya G. Farbstein
                    Emiliya G. Farbstein